UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVEL RAY HOPKINS,

    Defendants.
_____/

Case No. 2:14-mj-03

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 12, 2014, for initial appearance on the criminal complaint charging Possession or Distribution of a Listed Chemical, knowing or having reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance. The government requested the defendant be detained pending further proceedings, which was supported by a recommendation from pretrial services. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: February 13, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge